**nelnet**
Your Student Loan Servicer

July 22, 2016

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

IN THE MATTER OF:
Danielle Simmons
CASE NO. :  15-14777-MDC-13
Claim No. 4

Withdrawal of Claim number 1 filed by
US Department of Education c/o Nelnet

To Whom It May Concern:

Creditor US Department of Education c/o Nelnet hereby withdraws claim number 1, filed July 17, 2015, in the amount of $ 89,700.09. The loan has been paid in full by a consolidation payment and is no longer a valid claim.

Respectfully Submitted,

/s/ Christi Myrup

Christi Myrup
Specialist I
US Department of Education
c/o Nelnet
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904
303.696.5150
christi.myrup@nelnet.net



