UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Danielle Simmons,<br>　　　　Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-14777/MDC |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2,<br>　　　　Movant,<br>v.<br><br>Danielle Simmons,<br>　　　Respondent/Debtor,<br><br><br>William C. Miller<br>　　　Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2's Certificate of No Response filed with the Court on November 16, 2016.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  November 17, 2016　　　　　　　　　BY:/s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:14-046166　　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　　pabk@logs.com