# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Danielle Simmons  
      Debtor(s)

CHAPTER 13

BKY. NO. 15-14777 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Throu, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7912

                                        Respectfully submitted,

                                        **/s/Thomas Puleo, Esquire**  
                                        Thomas Puleo, Esquire  
                                        Brian C. Nicholas, Esquire  
                                        KML Law Group, P.C.  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA 19106-1532  
                                        (215) 825-6306  FAX (215) 825-6406