United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Danielle Simmons  
     Debtor

Case No. 15-14777-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Linda    Page 1 of 1    Date Rcvd: Jan 13, 2017  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
```
db              +Danielle Simmons,    1631 W. Mentor Street,    Philadelphia, PA 19141-1511
13558060        +Auto Equity Loans of DE, LLC,    1812 Marsh Rd., Ste. 6,    Wilmington, DE 19810-4533
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, Et Al...
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          GEORGETTE    MILLER    on behalf of Plaintiff Danielle   Simmons info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com
          GEORGETTE    MILLER    on behalf of Debtor Danielle   Simmons info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Danielle Simmons | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 15-14777 |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor Auto Equity Loans of DE, LLC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $33.00 Amount of Claim has been filed in your name by Georgette Miller, Esquire Filer of Claim on 1/11/17 Date Claim Filed.

Dated: 1/13/17

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Linda M. LoBosco
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)