## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DANIELLE SIMMONS         :
                                :    CHAPTER 13
                                :
DEBTOR                          :    CASE NO. 15-14777 MDC

### ORDER

AND NOW, this __23RD__ day of __February__, 2017, having heard Debtor's Objection to American Heritage FCU's Proof of Claim No. 6 and any responses thereto, it is hereby ORDERED that Debtor's objection to the Proof of Claim No 6 is SUSTAINED.

It is further ORDERED that American Heritage FCU does not have a security interest in debtor's property, real or personal.

It is further ORDERED that Proof of Claim No. 6 setting forth a debt of $1405.02 is hereby disallowed _as secured claim. American Heritage FCU shall have an allowed unsecured claim in the amount of $1,405.02_

_____
HONORABLE MAGDELINE D. COLEMAN