United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-14777-mdc
Danielle Simmons                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: John            Page 1 of 1            Date Rcvd: Mar 01, 2017
                Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
db             +Danielle Simmons,    1631 W. Mentor Street,    Philadelphia, PA 19141-1511
aty            +BRYAN S. FAIRMAN,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
               San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2017 02:12:17     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13602469        +E-mail/Text: broman@amhfcu.org Mar 02 2017 02:12:09      American Heritage FCU,
               2060 Red Lion Rd,    Phila., PA 19115-1699
                                                                                                                         TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
        agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as Trustee,
        successor in interest to Bank of America, National Association, as Trustee, successor by merger
        to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        GEORGETTE    MILLER    on behalf of Plaintiff Danielle    Simmons info@georgettemillerlaw.com,
        georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
        rlaw.com
        GEORGETTE    MILLER    on behalf of Debtor Danielle    Simmons info@georgettemillerlaw.com,
        georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
        rlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
        in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
        Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIELLE SIMMONS : | |
| : | CHAPTER 13 |
| : | |
| DEBTOR : | CASE NO. 15-14777 MDC |

## ORDER

AND NOW, this __23RD__ day of __February__, 2017, having heard Debtor's Objection to American Heritage FCU's Proof of Claim No. 6 and any responses thereto, it is hereby ORDERED that Debtor's objection to the Proof of Claim No 6 is SUSTAINED.

It is further ORDERED that American Heritage FCU does not have a security interest in debtor's property, real or personal.

It is further ORDERED that Proof of Claim No. 6 setting forth a debt of $1405.02 is hereby disallowed _as secured claim. American Heritage FCU shall have an allowed unsecured claim in the amount of $1,405.02_

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN