**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Danielle Simmons, | : | |
| Debtor. | : | Bankruptcy No.   15-14777-MDC |

# O R D E R

**AND NOW**, this 5ᵗʰ day of June, 2017, it is hereby **ORDERED** that if Danielle Simmons

(the "Debtor") and U.S. Bank National Association, as Trustee, successor in interest to Bank of

America, National Association, as Trustee, successor by merger to LaSalle Bank National

Association, a Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Through

Certificates, Series 2007-2 ("Mortgagee") elect to enter into the proposed loan modification

under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there

being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107