United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 15-14777-mdc
Danielle Simmons                                                 Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2            Date Rcvd: Jun 05, 2017
                              Form ID: pdf900         Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2017.
```
db             +Danielle Simmons,    1631 W. Mentor Street,    Philadelphia, PA 19141-1511
aty            +BRYAN S. FAIRMAN,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
cr              ECMC,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC.,     PO Box 619096,
                 Dallas, TX  75261-9741)
13840291       +U.S. Bank National Association,    successor Bank of America, LaSalle Bank,
                 c/o THOMAS I. PULEO,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13608832       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
13602073     +++U.S. Bank National Association, Et Al.,    c/o ANDREW GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13594219       +U.S. Bank National Association, as Trustee,,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 06 2017 01:11:36      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2017 01:11:25       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2017 01:11:29       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: electronicbkydocs@nelnet.net Jun 06 2017 01:11:26       US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13594955        US Bank National Association successor to,     Bank of America by merger LaSalle Bank,
                 c/o BRYAN S. FAIRMAN, Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933
                                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE MILLER    on behalf of Debtor Danielle  Simmons info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
```

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Jun 05, 2017
                               Form ID: pdf900            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          GEORGETTE   MILLER    on behalf of Plaintiff Danielle   Simmons info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                      TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Danielle Simmons, | : | |
| Debtor. | : | Bankruptcy No.   15-14777-MDC |

# O R D E R

**AND NOW**, this 5th day of June, 2017, it is hereby **ORDERED** that if Danielle Simmons (the "Debtor") and U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, a Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107