# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-14777-MDC

DANIELLE SIMMONS

1631 W. MENTOR STREET

PHILADELPHIA, PA 19141-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DANIELLE SIMMONS

  1631 W. MENTOR STREET

  PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

  GEORGETTE MILLER
  335 EVESHAM AV

  LAWNSIDE, NJ 08045-

                                                /S/ William C. Miller

Date: 8/8/2017                               _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee