### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Danielle Simmons

        Debtor(s)

Case No: 15–14777–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Response
to

Certification of Default filed by U.S. Bank National Association, as Trustee successor in interest to Bank of America National Association, as Trustee successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust Mortgage Pass–Through Certificates Series 2007–2 represented by REBECCA ANN SOLARZ

on: 8/21/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/1/18

Timothy B. McGrath
Clerk of Court