United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Danielle Simmons
          Debtor

Case No. 15-14777-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 2              Date Rcvd: Aug 01, 2018
                               Form ID: 167            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db            +Danielle Simmons,    1631 W. Mentor Street,    Philadelphia, PA 19141-1511
aty           +BRYAN S. FAIRMAN,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                San Diego, CA 92177-7921
cr             ECMC,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                Dallas, TX  75261-9741)
13840291      +U.S. Bank National Association,    successor Bank of America, LaSalle Bank,
                c/o THOMAS I. PULEO,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13608832      +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                Dallas TX 75261-9096
13602073     +++U.S. Bank National Association, Et Al.,    c/o ANDREW GORNALL,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13594219      +U.S. Bank National Association, as Trustee,,    c/o Aldridge Pite, LLP,
                4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: electronicbkydocs@nelnet.net Aug 02 2018 02:37:46
                US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13594955       US Bank National Association successor to,    Bank of America by merger LaSalle Bank,
                c/o BRYAN S. FAIRMAN, Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Danielle  Simmons info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Plaintiff Danielle  Simmons info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE
               LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 bkyefile@rasflaw.com

```
District/off: 0313-2          User: John                Page 2 of 2                  Date Rcvd: Aug 01, 2018
                              Form ID: 167              Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                TOTAL: 13

Case 15-14777-mdc    Doc 100    Filed 08/03/18    Entered 08/04/18 01:08:27    Desc
Imaged Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Danielle Simmons
    Debtor(s)

Case No: 15−14777−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Response
to

Certification of Default filed by U.S. Bank National Association, as Trustee successor in interest to Bank of America National Association, as Trustee successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust Mortgage Pass−Through Certificates Series 2007−2 represented by REBECCA ANN SOLARZ

on: 8/21/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/1/18

Timothy B. McGrath
Clerk of Court

99 − 97, 98
Form 167