## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Danielle Simmons            : CHAPTER 13
                                    :
        Debtor,                     : CASE NO. 15-14777

### NOTICE FOR DEBTOR'S MOTION TO ALLOW SETTLEMENT OF PERSONAL INJURY LAWSUIT AND ALLOWANCE OF ATTORNEY FEES

Danielle Simmons has filed the attached Motion with this court. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on the Motion, then before 10/11/18 you or your attorney must file a response.

File with the court a written response at:

   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA  19107
   Attn: Bankruptcy Clerk

   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

   You must mail a copy to:

   Georgette Miller
   Law Offices of Georgette Miller, Esq., P.C.
   335 Evesham Avenue
   Lawnside, NJ  08045

   You or your attorney must attend the hearing scheduled to be held on 10/16/18 at10:30am in Courtroom #2 U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 9/21/18

                                        /s/ Michelle Lee__
                                        Michelle Lee, Esquire
                                        Law Offices of Georgette Miller
                                        Esq., PC
                                        119 S. Easton Road
                                        Glenside, PA 19038
                                        (856)323-1100

{00326821;v1}