# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Danielle Simmons** : | |
| : | BK. No. 15-14777 |
| : | Chapter No. 13 |
| **Debtor** : | |
| : | |

## CERTIFICATION OF NO RESPONSE

        I, the undersigned, certify that, having served or caused to be served, a copy of the Application to Employ Counsel filed on September 21, 2018, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

        I respectfully request that the Court enter the attached Order.

Dated: October 17, 2018

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq.,P.C.
119 S. Easton Rd
Glenside, PA 19038
Attorney for Debtors

{00328209;v1}