**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:  Danielle Simmons** | :  CHAPTER 13 |
| | : |
| **Debtor,** | :  CASE NO. 15-14777 |

## ORDER

**AND NOW,** this 1st day of November, 2018, upon consideration of the Application to Employ Counsel filed by Debtor and any Response in Opposition thereto, it is hereby **ORDERED** as follows:

Debtor is authorized to employ the firm Aversa & Linn for the purpose of representing her in the Personal Injury matter captioned *Simmons vs. Trustees of Princeton University,* docket no. CAM-L-3854-16, Superior Court of New Jersey Law Division, Camden County.

**BY THE COURT:**

_____
Bankruptcy Judge