**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Danielle Simmons | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 15-14777 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on March 9, 2020, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated:  March 29, 2020                    /s/ Georgette Miller
                                          Georgette Miller
                                          Law Offices of Georgette Miller Esq., P.C
                                          335 Evesham Avenue
                                          Lawnside, NJ 08045
                                          856-323-1100
                                          Bar I.D. 86358
                                          Attorney for Debtor(s)

{00372552;v1}