**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Danielle Simmons | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 15-14777 |

**SUPPLEMENTAL CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 12, 2020</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated:  April 1, 2020                              /s/ Georgette Miller
                                                               Georgette Miller
                                                               Law Offices of Georgette Miller Esq., P.C
                                                               335 Evesham Avenue
                                                               Lawnside, NJ 08045
                                                               856-323-1100
                                                               Bar I.D. 86358
                                                               Attorney for Debtor(s)

{00373449;v1}