**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  DANIELLE SIMMONS | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 15-14777 |
| | : | |

## PRAECIPE TO WITHDRAW

To the Clerk,

    Kindly withdraw Debtor's Application for Compensation, filed on 3/16/2020, Docket Numbers 123 and 124.

                                    Respectfully Submitted,

                                    /s/ Michelle Lee_____
                                    Michelle Lee, Esquire
                                    Law Offices of Georgette Miller Esq., P.C
                                    119 S. Easton Road
Dated:  April 5, 2020                Glenside, PA 19038

{00377312;v1}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

In re:                                )
   Danielle Simmons          )
                                      ) Chapter 13
Debtor(s)                             )
                                      ) Case No. 15-14777
                                      )

**CERTIFICATE OF SERVICE**

I, Michelle Lee, being duly sworn according to law, deposes and says that she served the Debtor(s) Praecipe to Withdraw Debtor's Application for Compensation upon the following individuals listed below, by first class mail and/or electronic means on April 5, 2020:

cc:   William C. Miller
      Chapter 13 Trustee
      1234 Market Street
      Suite 1813
      Philadelphia, Pa 19107

      United States Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

      Danielle Simmons
      1631 W. Mentor Street
      Philadelphia, PA 19141

Respectfully Submitted,

/s/ Michelle Lee, Esq.
Michelle Lee, Esq.
Law Offices of Georgette Miller & Associates, P.C.
119 S. Easton Road
Glenside, PA 19038

{00377312;v1}