United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Danielle Simmons  
    Debtor

Case No. 15-14777-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.
db          +Danielle Simmons,   1631 W. Mentor Street,   Philadelphia, PA 19141-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2020 03:54:19     U.S. Attorney Office,
        c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
        agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as Trustee,
        successor in interest to Bank of America, National Association, as Trustee, successor by merger
        to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        GEORGETTE   MILLER    on behalf of Plaintiff Danielle   Simmons mlee@margolisedelstein.com,
        georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
        fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
        GEORGETTE   MILLER    on behalf of Debtor Danielle   Simmons mlee@margolisedelstein.com,
        georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
        fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association, not in its individual
        capacity but solely as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE
        LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 kbuttery@rascrane.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
        successor in interest to Bank of America, National Association, as Trustee, successor by merger
        to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee,
        successor in interest to Bank of America, National Association, as Trustee, successor by merger
        to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Et Al...
        bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
        in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
        Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                       TOTAL: 13

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Danielle Simmons, | : | |
|     Debtor. | : | Bankruptcy No. 15-11477-MDC |

# **O R D E R**

**AND NOW**, Georgette Miller (the "Applicant") filed with the Court a Supplemental Application for Compensation and Reimbursement of Expenses dated March 16, 2020 (the "Supplemental Application"), by which the Applicant seeks supplemental compensation in the amount of $2,572.00 and supplemental expenses in the amount of $105.00 (together, the "Supplemental Fees and Expenses").[1]

**AND**, this Court previously entered an Order dated March 24, 2020, wherein this Court allowed compensation in favor of the Applicant in the total amount of $3,000.00 and expenses in the amount of $273.00 (the "Awarded Fees and Expenses").[2]

**AND**, this case involves the representation of a below-median debtor, *see generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Supplemental Fees and Expenses, when added to the Awarded Fees and Expenses, total an amount that exceeds the amount that this Court is authorized, pursuant to L.B.R. 2016-3(a)(1), to allow in chapter 13 cases involving below-median debtors.

**AND**, L.B.R. 2016-2 requires an application for compensation must include, among other things, a chronological description of each service performed, the time expended for each service and a list by type of the expenses for which reimbursement is sought. L.B.R. 2016-3(a)(1) & (2).

---

[1] Bankr. Docket No. 121.

[2] Bankr. Docket No. 132.

It is hereby **ORDERED** and **DETERMINED** that:

1. The Applicant failed to comply with L.B.R. 2016-2(a)(1) and (2) because the Applicant failed to attach to the Supplemental Application a copy of the Applicant's relevant time records or support for the expenses requested.

2. Within 14 days of the date of this Order, the Applicant shall file an amendment to the Supplemental Application complying with L.B.R. 2016-2 (the "Amendment").

3. The Applicant shall, in the Amendment, address whether the Debtor's confirmed Chapter 13 Plan is adequately funded to pay the Supplemental Fees and Expenses requested.

4. The Supplemental Application is **HELD IN ABEYANCE** pending the Applicant's satisfaction of the requirements of this Order. In the event the Applicant fails to timely comply with the requirements of this Order the Court may deny the Supplemental Application with prejudice.

Dated: April 23, 2020

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

2