Certificate Number: 15317-PAE-DE-034419293

Bankruptcy Case Number: 15-11477



15317-PAE-DE-034419293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2020, at 10:28 o'clock AM PDT, Danielle Simmons completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 5, 2020                By:    /s/Glenn Crisostomo

                                  Name:  Glenn Crisostomo

                                  Title: Counselor