## SUPPLEMENTAL APPLICATION COMPENSATION
## ITEMIZED LIST

Danielle Simmons
1631 WITH Mentor Street
Philadelphia, PA 19141
Case No. 15-14777

| Date | Description | Time |
|------|-------------|------|
| 8/9/17 | Letter to Debtor re Motion to Dismiss for failure to pay | .10 |
| 9/12/17 | Letter to Debtor re motion, telephone call with Debtor re: payment | .20 |
| 9/14/17 | Attend hearing to show proof of payment, hearing continued October 5th; includes travel and wait time | 1.15 |
| 10/5/17 | telephone call with Debtor re: motion to dismiss & motion for relief, attend motion with proof (motion withdrawn); includes travel and wait time | 1.44 |
| 10/10/17 | Email exchange R. Solarz, request payment history, telephone call with Debtor re: proof of payments | .25 |
| 10/13/17 | Prepare & file response to motion for relief | .40 |
| 10/14/17 | Email exchange R. Solarz | .8 |
| 10/16/17 | Email exchange R. Solarz | .10 |
| 10/17/17 | Email exchange R. Solarz, v/m Debtor | .10 |
| 10/20/17 | Email exchange R. Solarz | .5 |
| 10/28/17 | Email exchange R. Solarz, telephone call with Debtor re: payments | .22 |
| 11/1/17 | Email exchange R. Solarz, telephone call with Debtor re: bank statements | .15 |
| 11/3/17 | Email exchange R. Solarz | .8 |
| 11/10/17 | Review payment history, Letter to Debtor, review loan mod | .48 |
| 11/11/17 | Email exchange R. Solarz | .10 |
| 11/20/17 | Email exchange R. Solarz, telephone call with Debtor re: payment proof | .25 |
| 12/5/17 | Email exchange R. Solarz, review proof of payments | .40 |
| 12/7/17 | telephone call with R. Solarz | .12 |
| 1/16/17 | telephone call with Debtor re: PI case, amend schedule B; telephone call with Debtor re: payments; review bank statements, updated history | 1.35 |
| 1/23/17 | Email exchange R. Solarz, telephone call with R. Solarz | .20 |
| 1/23/17 | Telephone call with Debtor re: settlement of Motion for Relief | .10 |
| 2/5/17 | Review bank statement, provide additional proof to R. Solarz; email exchange R. Solarz | .25 |
| 2/10/17 | Review stipulation, telephone call with Debtor | .30 |
| 7/19/18 | Letter to Debtor to Motion to Dismiss for failure to make payments, Certificate of Default | .10 |
| 7/26/18 | telephone call with Debtor re: Motion to Dismiss, PI case; amend Schedule B/C; telephone call with D. Lin (PI lawyer re settlement) | .45 |

| Date | Description | Time |
|---|---|---|
| 7/28/18 | Email R. Solarz re Certificate of Default, v/m Debtor re: Certificate of Default | .18 |
| 7/30/18 | Prepare & file response to Certificate of Default | .15 |
| 8/10/18 | Review bank statements, email R. Solarz | .40 |
| 8/20/18 | Email exchange R. Solarz re: payments; review updated history; review stipulation; review payment history | 1.25 |
| 8/23/18 | attend hearing on motion to dismiss with proof | 1.00 |
| 9/21/18 | telephone call with D. Lin re. PI case; amend schedule B/C, prepare & file application to employ counsel as PI attorney; prepare & file motion to allow settlement of PI case; telephone call with Debtor; review PI case; research exemptions | 3.45 |
| 10/4/18 | Attend hearing on motion to dismiss with proof | .32 |
| 10/16/18 | Attend hearing on motion to allow PI settlement | 2.50 |
| 10/17/18 | File CNR | .5 |
| 11/29/18 | Attend hearing on motion to dismiss | 1.35 |
| 1/16/19 | telephone call with Debtor re: payment, email exchange trustee, hearing continued | .15 |
| 2/7/19 | Attend hearing with proof of payment, hearing continued | .45 |
| 4/2/19 | Email trustee payment, email exchange Debtor | .20 |
| Total Hours: | | 25 |
| Expenses: | | |
| 9/14/17 | Parking | $10 |
| 10/5/17 | Parking | 10 |
| 8/23/18 | Parking | 17 |
| 10/4/18 | Parking | 10 |
| 10/16/18 | Parking | 31 |
| 11/29/18 | Parking | 17 |
| 2/7/19 | Parking | 10 |
| Total Expenses | | $105 |

| | | |
|---|---|---|
| Total Attorney Hours | 25 | |
| Attorney Hourly Rate | $350.00 | |
| | | |
| Attorney Total | $8750.00 | |
| Expenses: | 105.00 | |
| Total Attorney and Expenses: | $8855.00 | |