## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Danielle Simmons | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 15-14777 |

### SUPPLEMENTAL CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 16, 2020</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  April 3, 2020                                    /s/ Georgette Miller
                                                                        Georgette Miller
                                                                        Law Offices of Georgette Miller Esq., P.C
                                                                        335 Evesham Avenue
                                                                        Lawnside, NJ 08045
                                                                        856-323-1100
                                                                        Bar I.D. 86358
                                                                        Attorney for Debtor(s)

{00373465;v1}