# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-14777-MDC

DANIELLE SIMMONS

1631 W. MENTOR STREET

PHILADELPHIA, PA 19141-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANIELLE SIMMONS

1631 W. MENTOR STREET

PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ
GEORGETTE MILLER LAW
100 CENTURY PARKWAY-STE #200
MT. LAUREL, NJ 08045-

/S/ William C. Miller

Date: 6/7/2020          _____

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee