United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Danielle Simmons  
    Debtor

Case No. 15-14777-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Jul 06, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.  
db        +Danielle Simmons,   1631 W. Mentor Street,   Philadelphia, PA 19141-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 07 2020 04:00:07    U.S. Attorney Office,  
          c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                                                       TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:

        ANDREW F GORNALL   on behalf of Creditor   U.S. Bank National Association, Et Al...  
        agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        GEORGETTE MILLER   on behalf of Plaintiff Danielle Simmons mlee@margolisedelstein.com, georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
        GEORGETTE MILLER   on behalf of Debtor Danielle Simmons mlee@margolisedelstein.com, georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
        JOSHUA I. GOLDMAN   on behalf of Creditor   U.S. Bank National Association, Et Al...  
        Josh.Goldman@padgettlawgroup.com  
        KEVIN M. BUTTERY   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 cdigianantonio@rascrane.com  
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, Et Al...  
        bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                       TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Danielle Simmons, | : | |
| Debtor. | : | Bankruptcy No. 15-14777-MDC |

# O R D E R

AND NOW, it is hereby ORDERED that the Court's previously entered Order Denying Supplemental Application for Compensation dated June 22, 2020,[1] is hereby VACATED.

Dated: July 6, 2020

MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE

Georgette Miller, Esquire
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 144.