# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Danielle Simmons** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 15-14777 |

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2572.00 and $105.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

July 15, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: William Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

US Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Danielle Simmons
1631 W. Mentor Street
Philadelphia, PA 19141

{00373445;v1}