**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Danielle Simmons** | : |
| | : |
| | : |
| | : BANKRUPTCY NO. **15-14777-mdc** |
| Debtor (s) | |

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on Motion to Allow Settlement of Personal Injury Lawsuit and Allowance of Fees on 6/24/2021 at 11:00 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: May 19, 2021

/s/LeeAne O. Huggins, Esquire
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105