*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Danielle Simmons
    Debtor(s)

Case No: 15–14777–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Relisted hearing:
Motion to Allow Settlement of Personal Injury Lawsuit and Allowance of Fees Filed by Danielle Simmons Represented by GEORGETTE MILLER

on: 6/24/21

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/20/21

Timothy B. McGrath
Clerk of Court

153 – 108
Form 167