United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Danielle Simmons  
    Debtor

Case No. 15-14777-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: May 20, 2021     Form ID: 167     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Simmons, 1631 W. Mentor Street, Philadelphia, PA 19141-1511 |
| aty | + | BRYAN S. FAIRMAN, Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

**Name**     **Email Address**

ANDREW F GORNALL  
    on behalf of Creditor U.S. Bank National Association Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

GEORGETTE MILLER  
    on behalf of Plaintiff Danielle Simmons  
    jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

GEORGETTE MILLER  
    on behalf of Debtor Danielle Simmons  
    jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolise

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: 167 | Total Noticed: 3 |

delstein.com;csmith@margolisedelstein.com

JOSHUA I. GOLDMAN

on behalf of Creditor U.S. Bank National Association Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN M. BUTTERY

on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 cdigianantonio@rascrane.com

KEVIN S. FRANKEL

on behalf of Creditor Nationstar Mortgage LLC. pa-bk@logs.com

MATTEO SAMUEL WEINER

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com

THOMAS I. PULEO

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Danielle Simmons
    Debtor(s)

Case No: 15−14777−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Relisted hearing:
Motion to Allow Settlement of Personal Injury Lawsuit and Allowance of Fees Filed by Danielle Simmons Represented by GEORGETTE MILLER

on: 6/24/21

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/20/21

Timothy B. McGrath
Clerk of Court

153 − 108
Form 167