United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14777-mdc |
| Danielle Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Simmons, 1631 W. Mentor Street, Philadelphia, PA 19141-1511 |
| aty | + | BRYAN S. FAIRMAN, Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| NONE | + | Daniel Linn, 1700 Market Street, Suite 3050, Philadelphia, PA 19103-3932 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| cr | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC., PO Box 619096, Dallas, TX 75261-9741 |
| 13558055 | + | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13558056 | + | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13558058 | | American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75261-9001 |
| 13558060 | + | Auto Equity Loans of DE, LLC, 1812 Marsh Rd., Ste. 6, Wilmington, DE 19810-4533 |
| 13558061 | | Childrens Hospital of Philadelphia, PO BOX 8500-7802, Philadelphia, PA 19178-7802 |
| 13558062 | | Community College of Philadelphia, PO BOX 8617, Philadelphia, PA 19101-8617 |
| 13558063 | + | Credit Solutions Corp, 5454 Ruffin Rd Ste 200, San Diego, CA 92123-1313 |
| 13838734 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13558066 | | Jefferson Universiry Physicians, Central Business Office, PO BOX 40089, Philadelphia, PA 19106-0089 |
| 13558067 | | LapCorp, PO BOX 2240, Burlington, NC 27216-2240 |
| 13794489 | + | Nationstar Mortgage, LLC, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13568468 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13558070 | + | Saint Joseph's University, 5600 City Ave, Philadelphia, PA 19131-1376 |
| 13558071 | + | Sterling Credit Corporation, PO Box 675, Spring House, PA 19477-0675 |
| 13558072 | + | Trojan Professional Se, 4410 Cerritos Ave, Los Alamitos, CA 90720-2549 |
| 13840291 | + | U.S. Bank National Association, successor Bank of America, LaSalle Bank, c/o THOMAS I. PULEO, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13608832 | + | U.S. Bank National Association, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 13602073 | +++ | U.S. Bank National Association, Et Al., c/o ANDREW GORNALL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13594219 | + | U.S. Bank National Association, as Trustee,, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| 13558073 | + | Villanova University, 800 Lancaster ave, Villanova, PA 19085-1478 |
| 13558074 | + | Wffinance, 2501 Seaport Dr Ste Bh30, Chester, PA 19013-2249 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA |

Case 15-14777-mdc   Doc 159   Filed 07/30/21   Entered 07/31/21 00:36:14   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: electronicbkydocs@nelnet.net | Jul 28 2021 23:26:00 | 19106-4404<br>US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 13558057 | + | Email/Text: EBNProcessing@afni.com | Jul 28 2021 23:26:00 | Afni, Inc., Po Box 3427, Bloomington, IL 61702-3427 |
| 13602469 | + | Email/Text: broman@amhfcu.org | Jul 28 2021 23:26:00 | American Heritage FCU, 2060 Red Lion Rd, Phila., PA 19115-1699 |
| 13558059 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 28 2021 23:26:00 | American Medical Collecti, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 13641929 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:35:17 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13653662 | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13652567 | + | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13558064 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 28 2021 23:26:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13558065 | | Email/Text: jill@ffcc.com | Jul 28 2021 23:25:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 13585525 | | Email/Text: blegal@phfa.org | Jul 28 2021 23:26:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13558069 | + | Email/Text: blegal@phfa.org | Jul 28 2021 23:26:00 | Pennsylvania Housing Finance Agency, 211 N. Front Stret, po box 15206, Harrisburg, PA 17105-5206 |
| 13565673 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 28 2021 23:26:00 | U.S. Department of Education, C/O Nelnet, 3015 South Parker Road, Suite 400, Aurora, CO 80014-2904 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13594955 | | US Bank National Association successor to, Bank of America by merger LaSalle Bank, c/o BRYAN S. FAIRMAN, Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933 |
| 13558068 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 41 |

Date: Jul 30, 2021         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

**Name**    **Email Address**

ANDREW F GORNALL
  on behalf of Creditor U.S. Bank National Association Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

GEORGETTE MILLER
  on behalf of Debtor Danielle Simmons jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

GEORGETTE MILLER
  on behalf of Plaintiff Danielle Simmons jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

JOSHUA I. GOLDMAN
  on behalf of Creditor U.S. Bank National Association Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN M. BUTTERY
  on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 cdigianantonio@rascrane.com

KEVIN S. FRANKEL
  on behalf of Creditor Nationstar Mortgage LLC. pa-bk@logs.com

MATTEO SAMUEL WEINER
  on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com

THOMAS I. PULEO
  on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
  on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
  ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Danielle Simmons
      Debtor(s)                                       Bankruptcy No: 15−14777−mdc
                                                           Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                            Timothy B. McGrath
                                                            Clerk of Court

Dated: 7/28/21

                                                                                               158 − 157
                                                                                          Form 138_new