United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14777-mdc |
| Danielle Simmons | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Simmons, 1631 W. Mentor Street, Philadelphia, PA 19141-1511 |
| aty | + | BRYAN S. FAIRMAN, Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| NONE | + | Daniel Linn, 1700 Market Street, Suite 3050, Philadelphia, PA 19103-3932 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| cr | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC., PO Box 619096, Dallas, TX 75261-9741 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 13 2021 23:28:00 | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| cr | + | Email/Text: electronicbkydocs@nelnet.net | Aug 13 2021 23:28:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 6 |

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor U.S. Bank National Association  Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Danielle Simmons Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Plaintiff Danielle Simmons Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association  Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 cdigianantonio@rascrane.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage  LLC. pa-bk@logs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  Et Al... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DANIELLE SIMMONS | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 15-14777 MDC |

      **AND NOW**, debtor, and William C. Miller, Esquire, chapter 13 standing trustee ("standing trustee"), agree to the following terms and conditions to resolve outstanding issues with respect to debtor's Motion to Allow Settlement of Personal Injury Lawsuit and Allowance of Fees ("Motion") in the above-referenced matter:

1. Debtor filed the Motion on September 21, 2018, and a hearing was held on October 16, 2018, with an order to be submitted. A proposed Schedule of Distribution was made part of the Motion.

2. On March 9 and 16, 2020, debtor's attorney filed a fee application and 3 supplemental fee applications, one of which was withdrawn on April 5, 2020, as being duplicative.

3. In accordance with the court's order dated April 23, 2020, debtor's attorney provided additional information regarding her supplemental fee applications on May 8, 2020.

4. On June 22, 2020, the court denied one of the supplemental fee applications, but that denial order was vacated on July 6, 2020.

5. As a result of the multiple orders, debtor's bankruptcy attorney was awarded a total of $7,450 (from the total plan amount of $9,459.70), but the standing trustee has disbursed only $4,773 to bankruptcy counsel, leaving a $2,677 shortfall. That shortfall has been disbursed to unsecured creditors.

6. Debtor made her last plan payment on December 1, 2020. In reviewing the case, the standing trustee discovered that no order had ever been entered to permit settlement of the personal injury case, as had been contemplated in October, 2018.

7. To resolve the Motion, the standing trustee filed a praecipe to relist the Motion on May 19, 2021. Hearing on the Motion has been continued to July 22, 2021.

8. At this point, the Schedule of Distribution has been effectuated. Debtor received a total of $31,514.26. This is less than the amount shown on the Schedule because debtor's bankruptcy attorney received $3,000 of debtor's proceeds as a result of her assistance to debtor in connection with the settlement.

9. As debtor's bankruptcy counsel was approved by the court for a total of $7,450 in fees, and due to the confusion with the fee applications, received only $4,773 from the standing trustee (with the balance of funds going to creditors), debtor's attorney has agreed to accept the payments made thus far as is accordance with the plan.

10. The settlement funds shall be distributed as follows:

**Expenses:**

| | |
|---|---|
| Legal Expenses: | $9,191.09 |
| Medical Expenses: | $7,000.00 |
| Rawlings Lien | $6,801.00 |
| Department of Human Services: | $ 134.46 |
| Covered Bridge Capital: | $5,422.59 |
| **Total** | **$28, 549.44** |

**Attorney Fees:**

| | |
|---|---|
| Aversa & Linn | $26,936.30 |
| Georgette Miller | $3,000.00 |
| **Total** | **$29,936.30** |

**Danielle Simmons**          **$31,514.26**

11. This stipulation will serve as an amendment to the plan and approval of the personal injury settlement.

**WHEREFORE**, the parties have executed this Stipulation as of August 11, 2021 and request that it be made an order of this Court.

/s/ LeeAne O. Huggins
LeeAne O. Huggins, Esquire, for
William C. Miller, Esquire

/s/ Michelle Lee
Michelle Lee, Esquire
Counsel for debtor

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

The foregoing Stipulation is hereby APPROVED as an Order of this Court.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

August 12, 2021