United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14777-mdc

Danielle Simmons                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Danielle Simmons, 1631 W. Mentor Street, Philadelphia, PA 19141-1511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor U.S. Bank National Association  Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Plaintiff Danielle Simmons Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Debtor Danielle Simmons Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association  Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

District/off: 0313-2

Date Rcvd: Nov 19, 2021

User: admin

Form ID: 195

Page 2 of 2

Total Noticed: 1

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for MERRILL LYNCH
FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2
cdigianantonio@rascrane.com

KEVIN S. FRANKEL

on behalf of Creditor Nationstar Mortgage  LLC. pa-bk@logs.com

MATTEO SAMUEL WEINER

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association,
as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association,
as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com,
rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank National Association  Et Al... bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS I. PULEO

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association,
as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com,
bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 13

Danielle Simmons                                   : Case No. 15−14777−mdc

        Debtor(s)

## *ORDER*

_____

     AND NOW, this day , November 19, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

171
Form 195